

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00242-CV

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from County Criminal Court No. 4 |
| | § | of Tarrant County (1353168) |
| V. | § | March 14, 2019 |
| S.M., Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversable error in the trial court's June 28, 2018 order of nondisclosure. It is ordered that the trial court's June 28, 2018 order of nondisclosure is affirmed.

It is further ordered that appellant The State of Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel